UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHEN PATTERSON,

                             Plaintiff,

   -v-                                                  6:09-CV-1102

CITY OF UTICA; LINDA FATATA, individually
and in her official capacity as Utica Corporation
Counsel; ROBERT PALMIERI, individually and
in his official capacity as Utica Weed and Seed
Coordinator; LOUIS CAPRI, individually and in
his official capacity as Utica Police Officer;
STEVEN HAULK, individually and in his official
capacity as Utica Police Officer; and HIRAM
RIOS, individually and in his official capacity as
Utica Police Officer,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

OFFICE OF BRIAN J. KELLOGG         BRIAN J. KELLOGG, ESQ.
Attorneys for Plaintiff
901 East Brighton Avenue
Syracuse, NY 13205

OFFICE OF CORPORATION COUNSEL    JOHN P. ORILIO, ESQ.
CITY OF UTICA
Attorneys for Defendants
One Kennedy Plaza
Utica, NY 13502

DAVID N. HURD
United States District Judge

## O R D E R

     Defendants City of Utica, Linda Fatata, Robert Palmieri, Louis Capri, Steven Haulk

(the correct spelling is "Hauck"), and Hiram Rios, having moved for summary judgment under

Federal Rule of Civil Procedure 56 (Dkt. No. 20) and plaintiff Stephen Patterson, having failed to oppose the motion, it is

ORDERED that

1. Defendants' motion for summary judgment (Dkt. No. 20) is GRANTED; and

2. The complaint is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

The Clerk of the Court is directed to enter judgment accordingly and close the file.

Dated: December 9, 2011
      Utica, New York.

_____
United States District Judge